1  JOSEPH P. RUSSIONELLO
   ~~SCOTT SCHOOLS~~
   United States Attorney
2  450 Golden Gate Ave (11th Floor)
   San Francisco, CA 94102
3  Telephone: (415) 436-7200

4  Attorneys for the United States

**E-FILING**

**FILED**

APR 14 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7                          SAN JOSE DIVISION

8  UNITED STATES OF AMERICA,           )  CRIMINAL NO. 08-mj-70215 HRL
9         Plaintiff,                   )
10                                     )  NOTICE OF PROCEEDINGS ON
       v.                              )  OUT-OF-DISTRICT CRIMINAL
11  Abraham Xa Her                     )  CHARGES PURSUANT TO RULES
                                       )  5(c)(2) AND (3) OF THE FEDERAL RULES
12                                     )  OF CRIMINAL PROCEDURE
       Defendant.                      )
13                                     )
                                       )
14  _____

15     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

16  Procedure that on _____, the above-named defendant was arrested based upon an

17  arrest warrant (copy attached) issued upon an

18     ☒ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other_____

19  pending in the  Eastern  District of California Case Number 08CR0056.

20     In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code,

    Section(s) 922(g)(1)
21
    Description of Charges: Felon in Possession of a Firearm
22

23
                                          Respectfully Submitted,
24                                        ~~SCOTT SCHOOLS,~~ JOSEPH P. RUSSONIELLO
                                          UNITED STATES ATTORNEY
25  Date: 4/14/08

26                                        Assistant U.S. Attorney

27

28

                                        1

No. 2:08-R-0056 GEB

Case 2:08-cr-00056-GEB    Document 1    Filed 02/06/2008    Page 3 of 4

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

### THE UNITED STATES OF AMERICA
vs.

### ABRAHAM XA HER

---

### I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

---

*A true bill,*

_____[S]_____
Foreman.

Filed in open court this __6th__ day of __February__, A.D. 20 08

Clerk. *C. Schultz*

---

Bail, $ __**WARRANT: NO BAIL PENDING HEARING**__

_____(signature)_____

GPO 863 525

Case 2:08-cr-00056-GEB   Document 1   Filed 02/06/2008   Page 1 of 4

**FILED**
FEB 0 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2748

5
6
7
8        IN THE UNITED STATES DISTRICT COURT FOR THE
9             EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )  CR. No. 2:08-cr-0056 GEB
                               )
12           Plaintiff,        )
                               )
13      v.                     )
                               )  VIOLATION: 18 U.S.C. § 922(g)(1) -
14 ABRAHAM XA HER,             )  Felon in Possession of a Firearm
                               )
15                             )
             Defendant.        )
16                             )
                               )
17                             )
                               )
18 _____

19              I N D I C T M E N T
20      The Grand Jury charges: T H A T
21              ABRAHAM XA HER,
22 defendant herein, on or about May 18, 2007, in the County of
23 Sutter, State and Eastern District of California, having been
24 convicted of a crime punishable by imprisonment for a term
25 exceeding one year, to wit: on or about January 31, 2007, in the
26 County of Yuba, State and Eastern District of California, in case
27 number CRF05-528, in the Superior Court of California for the
28 County of Yuba, for a violation of California Vehicle Code,

1 | Section 10851(a), Vehicle Theft, did knowingly possess in and
2 | affecting commerce a firearm, to wit: .38 caliber Charter Arms
3 | revolver, serial number 716420, which had been shipped and
4 | transported in interstate commerce, in violation of Title 18
5 | United States Code, Section 922(g)(1).
6 |
7 |                              A TRUE BILL.
8 |                              /s/ Signature on file w/AUSA
9 |                              _____
                                 FOREPERSON
10 |
11 | _____
     McGREGOR W. SCOTT
12 | United States Attorney
13 |
...
28 |

2

## PENALTY SLIP

**DEFENDANT:**         **ABRAHAM XA HER**

**VIOLATION:**         18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm

**PENALTY:**           Not more than 10 years imprisonment, or
                       Not more than $250,000 fine, or both
                       Not more than 3 years of supervised release

**PENALTY
ASSESSMENT:**          $100.00 special assessment


2:08 - cr - 0056 GEB