**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

April 15, 2008

**Clerk of Court**
**US District Court for Eastern California**
**4-200 United States Courthouse**
**5011 I Street,**
**Sacramento, CA 95814-2322**

Case Name:     **USA-v-Abraham Xa Her**
Case Number:   **5-08-70215-HRL  (Your Case# 08CR0056-GEB)**
Charges:       **Felon in Possession of a Firearm**

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:

Original Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escolano*
Case Systems Administrator

Enclosures
cc: Financial Office
-------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____   **CLERK, U.S. DISTRICT COURT**

By _____
**Deputy Clerk**

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

April 15, 2008

**Clerk of Court**
**US District Court for Eastern California**
**4-200 United States Courthouse**
**5011 I Street,**
**Sacramento, CA 95814-2322**

Case Name:       **USA-v-Abraham Xa Her**
Case Number:   **5-08-70215-HRL  (Your Case# 08CR0056-GEB)**
Charges:              **Felon in Possession of a Firearm**
Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
Original  Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:  *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office
--------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____.

**Date:** _____        **CLERK, U.S. DISTRICT COURT**

By _____
**Deputy Clerk**

**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

| | |
|---|---|
| Richard W. Wieking<br>Clerk | General Court Number<br>408.535.5363 |

April 15, 2008

**Clerk of Court**
**US District Court for Eastern California**
**4-200 United States Courthouse**
**5011 I Street,**
**Sacramento, CA 95814-2322**

Case Name:       **USA-v-Abraham Xa Her**
Case Number:  **5-08-70215-HRL  (Your Case# 08CR0056-GEB)**
Charges:           **Felon in Possession of a Firearm**
Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd.  The following action has been taken:

      (X)     The U.S. Marshal has been ordered to remove this defendant
            to your district forthwith.
      (  )      The defendant has a court appearance in your court on:

Enclosed are the following documents:

Original  Rule 5 affidavit
original minute orders
certified copy of *AO 94, Commitment to Another District*
Certified docket sheets

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by:  _/s/ Cita F. Escalano_
Case Systems Administrator

Enclosures
cc: Financial Office
----------------------------------------------------------------------------------------
**Receipt of the above-described documents is acknowledged herewith and assigned case number:**

_____ .

**Date:** _____       **CLERK, U.S. DISTRICT COURT**

                                                                                                   **By** _____
                                                                                                        **Deputy Clerk**