UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

**FILED**
2008 APR 22 P 3: 14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

General Court Number
408.535.5363

**RECEIVED**
APR 17 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

April 15, 2008

Clerk of Court
US District Court for Eastern California
4-200 United States Courthouse
5011 I Street,
Sacramento, CA 95814-2322

Case Name: **USA-v-Abraham Xa Her**
Case Number: **5-08-70215-HRL (Your Case# 08CR0056-GEB)**
Charges: **Felon in Possession of a Firearm**

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Howard R. Lloyd. The following action has been taken:

(X) The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
( ) The defendant has a court appearance in your court on:

Enclosed are the following documents:
    Original Rule 5 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*
    Certified docket sheets

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *Cita F. Escalano*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

_____.

Date: _____

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk